**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH PIATTI,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION 2:21-00339-KD-B** |
| **ARCHIE JONES, et al.,** | ) | |
|     **Defendants.** | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 29, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant Great American Insurance Company's motion to dismiss (Doc. 2) is **GRANTED** with respect to all claims asserted against said Defendant by Plaintiff in the Second Amended Complaint.

**DONE** and **ORDERED** this the **29th** day of **November 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**